ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Attorneys for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA HIX, individually,<br><br>Plaintiff,<br>v.<br><br>SAM'S WEST, INC., a foreign corporation, dba Sam's Club; DOE EMPLOYEES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02266-GMN-EJY<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |

COMES NOW, former counsel for Defendant, SAM'S WEST, INC. ("Defendant" and/or "Sam's West"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

Specifically, undersigned counsel requests the following names and addresses be removed from the electronic service list:

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| | afoshee@psalaw.net, | creyes@psalaw.net, | jkephart@psalaw.net, |
| | jpatrick@psalaw.net | lvmail@psalaw.net, | mcervantes@psalaw.net, |
| | mwessel@psalaw.net, | tkuhls@psalaw.net | |
| Timothy David Kuhls | tkuhls@psalaw.net, | amccarty@psalaw.net |

. . .

| | | |
|---|---|---|
| 1 | Daniel E. Joslyn | djoslyn@gibsonlexbury.com |

DATED this 28th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendant*
*Sam's West, Inc.*

IT IS SO ORDERED.
DATED: April 28th, 2022

U.S. Magistrate Judge
Elayna J. Youchah