# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sheila Hix, | ) |
| Plaintiff, | ) Case No.: 2:20-cv-02266-GMN-EJY |
| vs. | ) |
| | ) **ORDER** |
| Sam's West, Inc., *et al.*, | ) |
| Defendants. | ) |

Pending before the Court is the Report and Recommendation, (ECF No. 20), of United States Magistrate Judge Elayna J. Youchah, which recommends that Defendant Sam's West, Inc.'s Motions to Set Aside Judgment, (ECF No. 14), Enforce Settlement, (ECF No. 15), and Place Settlement Under Seal, (ECF No. 16), be granted.  It further recommends that the Judgment, (ECF No. 13), be stricken from the record.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

1    Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order,
2 ECF No. 20) (setting a May 12, 2022, deadline for objections).
3    Accordingly,
4    **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 20), is
5 **ADOPTED** in full.
6    **IT IS FURTHER ORDERED** that Defendant Sam's West, Inc.'s Motion to Set Aside
7 Judgment, (ECF No. 14), is **GRANTED**.
8    **IT IS FURTHER ORDERED** that Defendant Sam's West, Inc.'s Motion to Enforce
9 Settlement, (ECF No. 15), is **GRANTED**.
10    **IT IS FURTHER ORDERED** that Defendant Sam's West, Inc.'s Motion to Place
11 Settlement Under Seal, (ECF No. 16), is **GRANTED**.
12    **IT IS FURTHER ORDERED** that the Judgment entered at ECF No. 13 shall be struck
13 from the record.
14    Dated this __18__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court